J. B. COLT CO., INC., v. J. S. PROCTOR.

(Filed 17 September, 1924.)

APPEAL by defendant from *Bond, J.,* at February Term, 1924, of NASH.

Civil action tried upon the following issue: "Is the defendant, Proctor, indebted to the plaintiff company, and if so, in what amount?" "Yes, $196.35, with interest."

Judgment on the verdict for plaintiff. Defendant appeals.

*Battle & Winslow, J. B. Ramsey and J. M. Alexander for plaintiff. E. B. Grantham for defendant.*

PER CURIAM. This is a simple action of debt. The contract between the parties was in writing, and is identical in terms with the instrument which was construed in *Colt v. Turlington,* 184 N. C., 137. We have found nothing on the record which entitles the defendant to a new trial. The verdict and judgment will be upheld.

No error.